**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARQUIS DeJON JILES, | ) | NO. CV 12-9789-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R.T.C. GROUNDS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 7, 2013.

*/s/ S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE